# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

**MEMO ENDORSED**

August 12, 2025

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>           Re:    *Orlando Ortiz v. Commissioner of Social Security*
>                  Civil Action No. 7:25-cv-04159-VR

Dear Judge Figueredo,

We write on behalf of our client, Orlando Ortiz, with the consent of the defense, to request a 90-day extension of time to file his motion for judgment on the pleadings which is currently due on August 20, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload over the next several weeks and scheduled vacation.

After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **November 18, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 17, 2026**; and

- Plaintiff to file his reply, if any, on or before:  **March 3, 2026.**

43 West 43rd Street, Suite 131             Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                   Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Valerie Figueredo
August 12, 2025
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)

Plaintiff's request is **GRANTED**. The proposed briefing schedule listed above is adopted.

The Clerk of Court is kindly directed to close the gavel associated with **ECF No. 10**.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/13/2025