```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Orlando Ortiz,

                      Plaintiff,

         -against-

Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------------X

25-cv-04159-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 137).

      As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. By no later than December 5, 2025, the parties are directed to submit a joint letter updating the Court on the status of the case and proposing a revised briefing schedule for Plaintiff's anticipated motion for judgment on the pleadings.

      **SO ORDERED.**

DATED:    White Plains, New York
               11/20/2025

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge