**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

Orlando O.,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

-----------------------------------------------------------------------X

25 **CIVIL** 4159 (VR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2026, Plaintiff's motion for judgment on the pleadings is DENIED and the Commissioner's cross-motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Negam Dulal

**Deputy Clerk**